## PALMIERI *v.* PONCE AND GUAYAMA RAILROAD CO.

### APPLICATION for a Writ of Injunction.

No. 1.—Decided August 31, 1906.

INJUNCTION—APPEAL—JURISDICTION.—The granting of a real right such as a servitude is different from the granting of a real right of ownership, for which reason when the two proceedings have been commenced both are perfectly compatible; and because the first is on appeal, when the second is commenced, it does not follow that the jurisdiction of the appellate court to take cognizance of the said appeal has been invaded, and, therefore, in accordance with section 2 of the Law of Injunctions of March 9, 1906, the issuance of an injunction is not justified.

ID.—PERSON NOT A PARTY TO THE ACTION.—The application for the issuance of an injunction to make the jurisdiction of the Supreme Court effective cannot be made by any person who has not been a party to the action to which it refers.

The application was directed to Mr. Justice Hernández, at chambers.

The facts are stated in the opinion.

*Messrs. Hartzell and Rodríguez Serra* for complainant.

*Mr. Dexter* for defendant.

MR. JUSTICE HERNÁNDEZ delivered the opinion of the court.

A proceeding was had in the District Court of Guayama, whose final decision is now before this Supreme Court on appeal, wherein the Ponce and Guayama Railroad Company asked for a right of way, as a servitude, over a tract of land of the plantation "Amelia," the property of Domingo Palmieri, for the purpose of laying thereon a railway of the said company. In another proceeding before the Ponce court by the said company against the said Domingo Palmieri the full ownership of the identical tract of land was requested for the purpose of laying thereon the railway spoken of.

As the granting of a real right, such as a servitude, is different from the granting of a right of ownership, the two proceedings mentioned are compatible, and by the commencement of the second proceeding, the jurisdiction which the

Supreme Court may have to hear the first proceeding on appeal is not invaded.

As the company known as "Compagnie des Sucreries de Puerto Rico," the lessee of the plantation "Amelia," was not a party to the proceedings of the Ponce and Guayama Railroad Company against Domingo Palmieri, he therefore cannot be a party in the present proceeding for an injunction.

As section 2 of the law of March 9, 1906, on injunctions, is not applicable to the present case, the injunction requested by the representative of Domingo Palmieri, in his application of July 22 last, will not issue, and the summons in the orders issued to the Judge of the District Court of Ponce and to the Ponce and Guayama Railroad Company on the 24th of the said July is without effect, and the costs are taxed against the moving party.

*Denied.*